UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID ADAMS #462766,

    Plaintiff,

v.

    Case No: 2:23-cv-47

    HON. ROBERT J. JONKER

JAY POUPARD et al,

    Defendants.
_____/

### ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 30, 2025 (ECF No. 51). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 51) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Sullivan's motion to for summary judgment (ECF No. 45) is GRANTED.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.


Dated:  August 20, 2025        /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE